**Exhibit A to the Complaint**

**Location:** Washington, DC  
**Total Works Infringed:** 25

**IP Address:** 108.45.177.99  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275<br>File Hash: 43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 12/29/2020 23:26:20 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 2 | Info Hash: C57AA08E54DCBD782F4B9A53E17C7AB932215387<br>File Hash: 00501D72C3CEB16F94D0A71BBF3FC9FBC900FB20709FDCE26FD83C39119C9538 | 12/26/2020 01:52:29 | Blacked | 11/21/2020 | 11/30/2020 | PA0002266354 |
| 3 | Info Hash: 0998597ED9A23DB6F54A42C08BDFCF1B1DCC7C55<br>File Hash: 798DD01C99C29E575D4F2C1B11315ADB6EE40EA150CA80752DECD32C874214C5 | 12/26/2020 01:34:23 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 4 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 12/22/2020 13:48:49 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 5 | Info Hash: 84A2C046FD4795A6A5DC3814FFBFF9CACFA06E00<br>File Hash: E83C150F4ED927F9D1E7323EE272C9D1E9B1B3F0A7E52A184FF98BE871589D03 | 12/22/2020 13:48:10 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 6 | Info Hash: 3FAFBAE34C2D75BE3584038E1FB6D029EBAFC6FC<br>File Hash: 4EACC33EDB6E6FEAC50A101AB4482022AD3F91C1A58A45BD07B6DDE4F9E84964 | 12/18/2020 20:45:14 | Vixen | 03/30/2018 | 04/17/2018 | PA0002116756 |
| 7 | Info Hash: 73F11D53A2BC29AC77244D0A935B110B6A10F92B<br>File Hash: 0DB938393D25F70BA494D6EE6B0CE54A953C5573E9692A9287566D1C5BE0E1D1 | 11/24/2020 02:53:27 | Vixen | 08/28/2020 | 09/22/2020 | PA0002265876 |
| 8 | Info Hash: A13521286D9836AAA0DA329FD56EEBF2EF0E6B38<br>File Hash: 44F78EE5F26D53C631B651256A56405A87BCDB2BFF53B157FD0493E5987D0901 | 11/24/2020 02:50:19 | Tushy | 10/25/2020 | 11/24/2020 | PA0002265965 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 23118C154A2FD4EBC3BD00500D2DCDEA4F2C56B1<br>File Hash: 3DA5CEB1E2331B505481C38046515105224F4DBBA22196663E8B26FDDBA4A8E7 | 10/03/2020 20:46:01 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 10 | Info Hash: 7A496D6534DC2D202F8F0C60B122CAFF208959B3<br>File Hash: 1579958763A73C277B0BB9F658637884E6E488617938778C1F6BD3857ACB1135 | 10/03/2020 20:30:49 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 11 | Info Hash: 9C643ACA38FD9D470613CE49A612A20A07950A43<br>File Hash: 64E50EA88C00946AADFD30510FF5F092E9ABBF74D00329AC26A1D2C1D3FBED82 | 10/02/2020 02:13:37 | Vixen | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 12 | Info Hash: 039F4779148D3E374D990283A83AC46A0219DAE9<br>File Hash: D78777E49C3AB342A1C91DB95A7EAE7FACADF2B27E10773BCFDC6A456EAA991A | 07/15/2020 16:50:27 | Vixen | 04/19/2017 | 06/16/2017 | PA0002069291 |
| 13 | Info Hash: 3DF5DB2903B80E1C540F98549130F58F1D3E88CC<br>File Hash: 4A92E62A120A52211E81FC7BCEB447B63F9064EF706C8FB0CD7533A47A75F830 | 05/13/2020 01:38:40 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 14 | Info Hash: FF16D5C558E22B9BA334778EF92DDCAC4B9C219F<br>File Hash: 0A6AC3A4977BD540B7DF072701AB010EE0AFC960275C3F4BBE458E3B8FAEF669 | 04/11/2020 02:41:33 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 15 | Info Hash: A7671D9A943B4580C4CA097645722A9860A70621<br>File Hash: 72E74631F4ADA633B04B9331C52924F1A7B9409CADA4E594E20FF2294EA23A82 | 04/10/2020 20:35:45 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 16 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04/04/2020 01:04:21 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 17 | Info Hash: 009F9C7775B1B08E12B938E7895905234F849C90<br>File Hash: 0D295BBD50F5CFBA5900994BA8F45A048390521FD232EC6D662DCD2159635694 | 03/08/2020 01:28:52 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: EF5E0EA2F75D24F225AAF66630629A160B8070D3<br>File Hash: 7E3D58FBB38F6191A32209C8C12D19BDAB13FDDB157807004816D6251C722D57 | 02/06/2020 13:19:56 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |
| 19 | Info Hash: 266D7D2CB7B0767E86DBFA6578C5EFD4C9C4BDC8<br>File Hash: 461804B3EAA88A48C2FF568380D37DBB0DA68FDD190090F52D40989D0AEC2BC2 | 01/26/2020 01:08:01 | Blacked Raw | 01/22/2020 | 02/20/2020 | PA0002229057 |
| 20 | Info Hash: 143ED56E751B662F727B52D79C441FBCC16BB177<br>File Hash: 6E468AF507E2B8CA74CF0E8AB4CC91C10A7F4D5FFA43B66EE393ED88FB48F9FD | 01/08/2020 01:48:42 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 21 | Info Hash: C0AF0E461A6C6EDA52D70A44F8B3685FD1ABCFA3<br>File Hash: DA0F0B1398F9753A117A7C5B67BA05DA19F6143BA7693248719E9A72AB45F489 | 12/31/2019 02:44:29 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 22 | Info Hash: AD5C18C1994C5C7C76E738EE43E039563A9A8BD2<br>File Hash: 6C8BFD68D9A18180B8BCAC1B5CAF5ED59CA39E57F01E76638702D71B369E3134 | 11/17/2019 01:22:03 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |
| 23 | Info Hash: 81CEC78AE99A723C68332182E337F15D1D260069<br>File Hash: 6B874CEB340A267D580C6408BB5D0AFCA61276AC3FCF7EC21E47A16380A4D672 | 10/30/2019 00:22:06 | Vixen | 09/01/2019 | 09/17/2019 | PA0002216134 |
| 24 | Info Hash: FB6DBC133B88CAB909D2CD961826DA53D1C97B46<br>File Hash: 19EB478059DDED9A31C97BF6E4596F3094ADAE303CE5A708EA85D342B2A06C69 | 10/10/2019 18:28:31 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 25 | Info Hash: 30345D06651108177F2FCFB7EAA6B92BE2D5BD56<br>File Hash: 75DF3008F67EF96096A77034803B0EB15A2864CC0C72B01AD35BD427C2A0F035 | 09/18/2019 02:35:27 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |